# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TRACY BROOKS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1123-S |
| | § | |
| NELSON CRUZ & ASSOCIATES, LLC | § | |

## ORDER

The parties have announced that the parties have settled this case but require months to finalize the settlement. Accordingly, the parties' Request for Extension of Time to File Dismissal [ECF No. 16] is **GRANTED** and this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED.**

SIGNED October 4, 2022.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**